No. 65665.—W. Y. Moberly, Inc. *v.* United States, protests 58/20550, etc. (Great Falls).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

No. 65666.—W. Y. Moberly, Inc. *v.* United States, protests 59/6630, etc. (Great Falls).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MAY 23, 1961

No. 65667.—John L. Westland & Son, Inc., a/c L. W. Keenan & Co. *v.* United States, protests 59/3572, etc. (Los Angeles).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 65668.—Andrew Fisher Cycle Co., Inc. *v.* United States, protest 60/10703-15917 (New Orleans).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 65669.—Daido Corporation et al. *v.* United States, protests 60/15848, etc. (New York).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 65670.—The Huffman Manufacturing Company *v.* United States, protest 61/2184 (Cleveland).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 65671.—M. Farris & Co., Inc. *v.* United States, protest 60/930(A) (New York).

Opinion by Lawrence, J. From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protest was, therefore, overruled.

No. 65672.—Anchor Pipe & Tube Co. *v.* United States, protest 60/11828 (New York).